

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00791-CV

**TALISMAN ENERGY USA, INC.,**
Appellant

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings, LLC, and  JAR Resources
Holdings, L.P.,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russel Wilson, Judge Presiding

# O R D E R

The Court Reporter's Notification of Late Record is GRANTED.  The reporter's record is due on January 11, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court